IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DARRELL BURGESS,              )
                              )
    Plaintiff,                )
                              )     CIVIL ACTION NO.
    v.                        )       2:17cv666-MHT
                              )            (WO)
L. MOORE, C.O.,               )
                              )
    Defendant.                )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit claiming that the defendant correctional officer violated his rights under the Eighth Amendment by forcing plaintiff to stand for a prolonged period of time in a medication line despite having been informed of plaintiff's 'no standing' profile. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendant's motions for summary judgment should be granted. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the

magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 24th day of February, 2021.

                                    /s/ Myron H. Thompson
                               **UNITED STATES DISTRICT JUDGE**